**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**WASHINGTON BENAVIDES MORAN,**

**Plaintiff,**

**- against -**

**FORCE FACTOR LLC,**

**Defendant.**

**26-cv-6945 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **November 20, 2026**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

The plaintiff is directed to serve a copy of this order on the defendant and file proof of service on the docket by **August 26, 2026**.

**SO ORDERED.**

**Dated: New York, New York**
**August 20, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**